■ Chubb & Son Inc. et al., Appellants, v Sharp International Corp., Respondent, et al., Defendants. [811 NYS2d 918]— Appeal from order, Supreme Court, New York County (Richard B. Lowe, III, J.), entered August 20, 2002, unanimously withdrawn in accordance with the terms of the stipulation of the parties hereto. No opinion. Order filed. Concur—Andrias, J.P., Saxe, Sullivan, Williams and McGuire, JJ.